UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MICHAEL LEE STOCKTON, | ) | 1:08-CV-01594 OWW GSA HC |
| | ) | |
| Petitioner, | ) | ORDER ADOPTING FINDINGS AND |
| | ) | RECOMMENDATION |
| | ) | [Doc. #9] |
| | ) | |
| v. | ) | ORDER DISMISSING PETITION FOR WRIT |
| | ) | OF HABEAS CORPUS |
| | ) | |
| | ) | ORDER DIRECTING CLERK OF COURT |
| NEIL H. ADLER, Warden, et al., | ) | TO ENTER JUDGMENT |
| | ) | |
| Respondents. | ) | |

Petitioner is a federal prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.

On December 8, 2008, the Magistrate Judge issued a Findings and Recommendation that recommended the petition be DISMISSED. The Magistrate Judge further recommended that the Clerk of Court be DIRECTED to enter judgment. The Findings and Recommendation was served on all parties and contained notice that any objections were to be filed within thirty (30) days of the date of service of the order.

On December 29, 2008, Petitioner filed objections to the Findings and Recommendation.

1  Petitioner contends his petition is not moot because the BOP has the "discretionary authority to place
2  a prisoner in a Halfway House 'at any time,' pursuant to 18 U.S.C. §3621(b)." <u>See</u> Objections at 1.
3  As discussed by the Magistrate Judge, 18 U.S.C. § 3621(b) vests the Bureau of Prisons ("BOP") with
4  the *discretion* to transfer Petitioner during his incarceration to a halfway house, and the BOP may
5  exercise this discretion at any time during his incarceration. However, there is simply no authority
6  which would *require* the BOP to consider him for transfer just because he requests it. Therefore,
7  Petitioner's claim that the BOP has refused to consider him for transfer must fail.
8         In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this Court has conducted a *de*
9  *novo* review of the case. Having carefully reviewed the entire file and having considered the
10 objections, the Court concludes that the Magistrate Judge's Findings and Recommendation is
11 supported by the record and proper analysis, and there is no need to modify the Findings and
12 Recommendations based on the points raised in the objections.
13        Accordingly, IT IS HEREBY ORDERED that:
14        1. The Findings and Recommendation issued December 8, 2008, is ADOPTED IN FULL;
15        2. The Petition for Writ of Habeas Corpus is DISMISSED WITH PREJUDICE;
16        3. The Clerk of Court is DIRECTED to enter judgment; and
17        4. No certificate of appealability is required in this case. <u>Forde v. U.S. Parole Comm'n</u>, 114
18 F.3d 878, 879 (9th Cir.1997) (In general, a certificate of appealability is not required to appeal an
19 order denying a section 2241 petition where: (1) the detention complained of does not arise out of a
20 process issued by a state court; or (2) it is not a section § 2255 proceeding.)
21 IT IS SO ORDERED.
22 **Dated:    January 21, 2009**                 **/s/ Oliver W. Wanger**
                                                    UNITED STATES DISTRICT JUDGE
23
24
25
26
27
28